**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tiquela N. MURRAY, a.k.a. Kisha**
**Jones, Defendant–Appellant.**

**No. 13–14892**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 11, 2014.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S.

Attorney's Office, Savannah, GA, Nancy Greenwood, David M. Stewart, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Andrew A. Murdison, Fulcher Hagler, LLP, Augusta, GA, for Defendant–Appellant.

Tiquela N. Murray, Tallahassee, FL, pro se.

Before WILSON, ANDERSON and EDMONDSON, Circuit Judges.

PER CURIAM:

Andrew A. Murdison, appointed counsel for Tiquela N. Murray, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Murray's conviction and sentence are **AFFIRMED.**